1018

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SCOTT MORGAN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR JOHN FREEMAN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 02-1-08974-3, Paris K. Kallas, J., entered August 22, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Coleman, J.

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL H. McINALLY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01613-2, Ellen J. Fair, J., entered August 25, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington, A.C.J., and Coleman, J. Now published at 125 Wn. App. 854.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE FREEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01727-1, Richard McDermott, J., entered September 12, 2003. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH MIKOL SHAPIRO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05318-6, Cheryl B. Carey, J., entered November 21, 2003. *Affirmed* by unpublished per curiam opinion.